**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**GUIDANT SALES CORPORATION and CARDIAC PACEMAKERS, INC.,**

Plaintiffs,

v.

**JEFFREY S. GEORGE and SCOTT ROBBINS,**

Defendants.

Civil No. 01-1638 (MJD/JGL)

**O R D E R**

---

APPEARANCES

C. David Flower, Esq., for Plaintiffs.
James A. Gale, Esq., and Michael A. Lindsay, Esq., for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on September 10, 2001 on Plaintiff's Motion for Expedited Discovery. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Defendants Jeffrey S. George and Scott Robbins are two former sales representatives for Plaintiffs (collectively "Guidant"). In its Complaint, Guidant asserts that Defendants resigned their employ in July 2001 and immediately began to work for a direct competitor in violation of their non-compete agreements. In the current motion, Plaintiffs seek expedited discovery

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

to facilitate a preliminary injunction hearing, the purpose of which will be to halt Defendants' alleged violations of the agreements. The Court grants the motion for expedited discovery, but not as to the specific relief requested.

The parties are permitted to take bilateral expedited discovery relating to the impending motion for a preliminary injunction. The parties must exchange all relevant documents by September 24, 2001. Subsequent to the document exchange, Plaintiffs collectively may conduct two depositions and a Rule 30(b)(6) deposition. The same applies to Defendants collectively. The depositions must be concluded on or before October 8, 2001. This expedited discovery should be sufficient to form a record on which Guidant can bring its motion for a preliminary injunction.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Expedited Discovery (no Doc. No.) is **GRANTED** as set forth fully in the body of this Order.

Dated: September 10, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge