UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corp., and Cardiac Pacemakers Inc.,

Plaintiffs,

v.

Jeffrey S. George and Scott Robbins,

Defendants.

Civil File No. 01-1638 MJD/~~JML~~ JGL

**ORDER**

To: Plaintiffs and their counsel

This matter came before me on defendants' Motion for Modification of the Expedited Discovery Schedule. Based on all pleadings and files herein, defendants' motion is GRANTED. It is hereby ORDERED that the deadlines set forth in the Court's order of September 10, 2001, are extended by fourteen (14) days.

Dated: September 21, 2001

Jonathan M. Lebedoff
U.S. District Court Judge

SEP 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK