252642

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1638(MJD/~~JML~~ JGL) Case Title: Guidant Sales Corp. et al. v. George et al.

**Affidavit of Movant**

I, Michael A. Lindsay, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael J. Weber, an attorney admitted to practice in the Southern District of Florida, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (✓) defendant (s) GGeorge and Robbins in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| [signature] | 163466 | 9/26/01 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Michael J. Weber, am currently a member in good standing of the U.S. District Court for the Southern District of Florida, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Michael J. Weber | [signature] | Sept. 24, 2001 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: Fla. 0918570

Law Firm Name & Address: Feldman Gale & Weber, P.A.
Miami Center, Nineteenth Floor, 201 S. Biscayne Blvd.
Miami, FL 33131

Telephone: (305) 358-5001

Motion Granted: [signature] OCT 01 2001
For the Court: ~~Francis E. Dosal;~~ Richard D. Sletten Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________