**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Guidant Sales Corporation and
Cardiac Pacemakers, Inc.,

Plaintiffs,

vs.

Jeffrey George and Scott Robbins,

Defendants.

---

Civil No. 01-1638 (MJD/JGL)

**BOND** #929225089

KNOW ALL BY THESE PRESENTS that Guidant Sales Corporation and Cardiac Pacemakers, Inc., as principals, and American Casualty Company of Reading, PA, as surety, are held and firmly bound unto the above-entitled Court in the sum of Two Hundred and Fifty Thousand Dollars ($250,000) lawful money of the United States to be paid unto the above-entitled Court for which payment well and truly be made we jointly and severally bind ourselves, and each of our assigns, firmly by these presents.

Dated this 20th day of November, 2001.

The condition of this obligation is such that whereas on November 19, 2001, the above-named Court entered a preliminary injunction in the above-entitled matter that enjoined the defendants from engaging in certain acts particularly set forth and described in the Court's preliminary injunction order dated November 19, 2001. Bond has been fixed by the Court in the amount of Two Hundred and Fifty Thousand Dollars ($250,000).

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE, if the said principals shall well and truly pay all costs incurred by the defendants in the event the Court determines that the preliminary injunction order was improvidently or improperly entered, then this obligation to be null and void, otherwise to remain in full force.

IN TESTIMONY WHEREOF, we have hereunto set our hands.

GUIDANT SALES CORPORATION

In Presence of:

Dan Hackman

By

Its Assistant Treasurer

CARDIAC PACEMAKERS, INC.

In Presence of:

Dan Hackman

By

Its President

In Presence of:

[SURETY COMPANY]

AMERICAN CASUALTY COMPANY OF READING, PA

By

Susan M. Van Prooyen

Its Attorney-in-Fact

The above Bond is hereby approved.

Dated: November 27, 2001

UNITED STATES DISTRICT JUDGE