UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corporation, and
Cardiac Pacemakers, Incorporated,

Plaintiffs,

v.

ORDER
Civil No. 01-1638 (MJD/JGL)

Jeffrey S. George and Scott Robbins,

Defendants.

---

Robert L. Schnell, Jr., Faegre & Benson LLP for and on behalf of Plaintiffs.

Michael A. Lindsay, Dorsey & Whitney LLP for and on behalf of Defendants.

---

Before the Court is Defendants' motion for reconsideration filed pursuant to Federal Rules of Civil Procedure 59(e).

Initially, Plaintiffs take issue with the manner in which Defendants seek relief. Plaintiffs argue that the Local Rule 7.1(g) governs the manner in which motions for reconsideration must be brought before this Court, and that such Rule requires the movant to first seek permission from the Court to file such a motion.

Defendants respond that Fed. R. Civ. P. 59(e) applies here. The Court disagrees. Rule 59(e) applies to motions or alter or amend judgment. Judgment has not been entered in this case, however. Accordingly, Plaintiffs are correct in its assertion that Local Rule 7.1(g) governs.

Nonetheless, the Court will entertain the motion, as the parties have provided the Court argument as to its merits. As is clear from this Court's Memorandum Opinion and

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Order dated November 19, 2001, it was the Court's intention to enforce the Non-Compete Agreements according to its terms. The terms of these agreement provided that Defendants would not engage in competitive conduct as defined therein for a period of one year following termination of employment with GSC. Accordingly, the Court will grant Defendants' motion for reconsideration.

IT IS HEREBY ORDERED that the Order dated November 19, 2001 entered in this matter enjoining Defendants from certain conduct is AMENDED to expire no later than one year after the date of Defendants' termination from Guidant Sales Corporation, or July 16, 2002.

Date: Dec. 12, 2001

Michael J. Davis

Michael J. Davis
United States District Court