ORIGINAL

RECEIVED
DEC 13 2001
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corporation and Cardiac Pacemakers Inc.,

Plaintiffs,

v.

Jeffrey S. George and Scott Robbins,

Defendants.

Civil File No. 01-1638 MJD/JGL

**STIPULATION AS TO RESPONSE TO AMENDED COMPLAINT; ORDER THEREON**

Whereas, the Court permitted plaintiffs Guidant Sales Corporation and Cardiac Pacemakers, Inc. ("plaintiffs") to amend their complaint in its Order dated November 19, 2001; and

Whereas, plaintiffs have amended their complaint as permitted by the Court and filed that amended complaint on November 29, 2001; and

Whereas, defendants Jeffrey S. George and Scott Robbins ("defendants") are permitted ten (10) days to respond to that amended complaint; and

Whereas, plaintiffs consent to an extension of the time allotted to defendants to respond to that amended complaint to December 27, 2001.

Plaintiffs Guidant Sales Corp. and Cardiac Pacemakers Inc., and defendants Jeffrey S. George and Scott Robbins, by and through their undersigned counsel, stipulate and agree that the Court may enter the following order:

DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Order

Based on the foregoing stipulation, IT IS HEREBY ORDERED THAT Defendants' time to answer, move or otherwise respond shall be and hereby is extended through and including December 27, 2001.

Michael J. Davis
United States District Judge
12-19-01

FAEGRE & BENSON LLP

By
Robert Schnell # 97329
Julie Knox Chosy # 225228
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone (612) 766-7225

**Attorneys for Plaintiffs Guidant Sales Corp. and Cardiac Pacemakers Inc.**

DORSEY & WHITNEY LLP

By
Michael A. Lindsay #0163466
Charles C. Moore #0312216
Suite 1500
50 South 6th Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

James A. Gale (pro hac vice)
Michael J. Weber (pro hac vice)
FELDMAN GALE AND WEBER, P.A.
Miami Center, 19th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4332
Telephone: (305) 358-5001

**Attorneys for Defendants Jeffrey S. George and Scott Robbins**