UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GUIDANT SALES CORPORATION
INC. and CARDIAC PACEMAKERS, INC.,

CIVIL NO. 01-1638 (MJD/JSM)

Plaintiffs,

v.

ORDER

JEFFREY S. GEORGE and
SCOTT ROBBINS,

Defendant.

On September 6, 2001, Plaintiffs filed a Complaint for Injunctive Relief and Damages to enforce covenants not to compete they allege were binding on defendants.

On November 19, 2001 and December 14, 2001, Judge Michael J. Davis entered an Order granting plaintiffs' motion for preliminary injunction to enforce the covenants. Defendants appealed the decision to the Eighth Circuit Court of Appeals. The Eighth Circuit subsequently dismissed the appeal as moot.

On September 16, 2002, the Eighth Circuit Court of Appeals remanded to the District Court for its consideration whether to vacate its preliminary injunction order as moot.

Defendants have now requested the Court to issue an order vacating the plaintiffs' preliminary injunction order as moot. Judge Michael Davis has referred defendants' motion to the undersigned for a Report and Recommendation.



MAR 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to a telephone conference with counsel for the parties on March 3, 2003, this Court set the following briefing schedule in connection with defendants' motion:

1. Defendants shall serve and file their motion papers on or before March 10, 2003.

2. Plaintiffs shall serve and file their responsive papers on or before March 17, 2003.

3. Defendants shall serve and file any reply on or before March 20, 2003.

4. The matter shall be submitted to the Court for a Report and Recommendation by written submission. If the Court desires oral argument on the matter, the undersigned will schedule a hearing.

Dated: March 3, 2003

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge