UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1638 (MJD/JSM)

GUIDANT SALES CORP., ET AL.,

Plaintiffs,

v.

**ORDER OF REFERRAL**

JEFFREY GEORGE, ET AL.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Janie S. Mayeron is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Mayeron is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Janie S. Mayeron.

Dated: March 3, 2003

Michael J. Davis
Michael J. Davis, Judge
United States District Court

FILED 3-4-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK