AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Guidant Sales Corporation and Cardiac Pacemakers, Inc.

V.

Jeffrey S. George and Scott Robbins

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1638 MJD/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That Defendants' Motion to vacate preliminary injunction order and is granted. The Orders dated 11/19/01 and 12/12/01 are vacated as moot.

May 22, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03