**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **GUIDANT SALES CORPORATION and CARDIAC PACEMAKERS, INC.,** ) | **Civil Action No.: 01-1638 MJD/AKB** |
| Plaintiffs, ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| **JEFFREY S. GEORGE and SCOTT ROBBINS** ) | |
| George. ) | |

WHEREAS, this is an action filed by Guidant Sales Corp. and Cardiac Pacemakers, Inc. to, *inter alia*, enjoin Jeffrey S. George and Scott Robbins from selling competing products for St. Jude Medical S.C. ("St. Jude S.C.") for one year beginning July 18, 2001;

WHEREAS this Court entered an Order on November 19, 2001 granting Plaintiffs' Motion for Entry of Preliminary Injunction ("November 19 Order") and modified the November 19 Order on December 12, 2001 ("December 12 Order"), which Orders had the effect of enjoining George and Robbins for the above one year period;

WHEREAS, George and Robbins appealed the November 19 and December 14 Orders to the United States Court of Appeals for the Eighth Circuit, during which time the one year period elapsed,

WHEREAS, On August 15, 2002, the United States Court of Appeals for the Eighth Circuit dismissed the appeal as moot due to the running of the one year period, and on September 11, 2002, the appellate court remanded to this Court the question of "whether to vacate the preliminary injunction order as moot in light of this court's dismissal of the appeal as moot";

WHEREAS, On May 22, 2003, this Court entered an order GRANTING Defendants' Motion To Vacate Preliminary Injunction Order;

WHEREAS, the instant case has been resolved by mutual agreement, and pursuant to said agreement, the parties agree that all claims in the instant case should be dismissed with prejudice as moot and without any recovery, costs, or attorneys fees to any party;

FILED JUL 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY STIPULATED by and between the parties to this action, by their undersigned attorneys, that, pursuant to Rule 41(a)(ii), the action may be dismissed with prejudice and without costs to either party.

Dated: ____________, 2003

Robert L. Schnell, Jr.
Charles F. Webber
Julie Knox Chosy
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

Attorneys for Plaintiffs
Guidant Sales Corporation and
Cardiac Pacemakers, Inc.

Dated: June 5th, 2003

James A. Gale
Michael J. Weber
FELDMAN, GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 358-5001

Michael A. Lindsay
Charles C. Moore
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendants
Jeffrey S. George and Scott Robbins

**ORDER OF DISMISSAL**

On the basis of the foregoing Stipulation, IT IS ORDERED that this action be dismissed with prejudice.

Dated: 7-10, 2003

Michael J. Davis
United States District Judge

M2:20496498.01

Guidant Sales, et al. v. Jeffrey George, et al., Civil No.: 01-1638 (MJD/AJB)